| St Johns Hospital Lebanon | | Amount | $604.15 | | POS 1 | POS 2 | POS 3 | SUMMARY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BELINDA J O'DELL | 000148311 | Number | 11920475 | JOB | 50052N | | | | Current | YTD |
| | | Check Date | 01/14/11 | DEPT | 8231 | | | Gross Pay | 967.21 | 967.21 |
| | | Pay Period | 12/26/10-01/08/11 | FTE | 1.00 | 0.00 | 0.00 | Pre-tax ded'ns | 90.17 | 90.17 |
| | | | | BASE | 10.79 | 0.00 | 0.00 | Fed'l taxable | 877.04 | 877.04 |
| Sskdwfrte6 | | | | | | | | Taxes | 207.83 | 207.83 |
| | | | | | | | | After-tax ded'ns | 65.06 | 65.06 |
| HOURS AND EARNINGS | | | | | | | | Net Pay | 604.15 | 604.15 |

| | POS 1 | | POS 2 | | POS 3 | | POS 4+ | | PAY PERIOD | | PRE-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Hours | Earnings | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 80.00 | 863.20 | | | | | | | 80.00 | 863.20 | Sup AD&D | 2.00 | 2.00 |
| Shift 2 | 80.00 | 104.01 | | | | | | | 80.00 | 104.01 | Dental | 7.33 | 7.33 |
| | | | | | | | | | | | Medical | 39.23 | 39.23 |
| | | | | | | | | | | | MSP-401k Contrib | 38.69 | 38.69 |
| | | | | | | | | | | | Vision | 2.92 | 2.92 |

| TAXES | | |
|---|---|---|
| Description | Current | YTD |
| Federal W/H | 123.09 | 123.09 |
| Medicare EE | 13.28 | 13.28 |
| State MO | 33.00 | 33.00 |
| Soc Sec EE | 38.46 | 38.46 |

| AFTER-TAX DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| Gift Shop | 10.00 | 10.00 |
| Meals | 7.98 | 7.98 |
| Pharmacy | 6.00 | 6.00 |
| Supp Life | 18.77 | 18.77 |
| Charitable Gift | 2.00 | 2.00 |
| 401K Loan | 20.31 | 20.31 |

| DIRECT DEPOSIT | | | | | | TAX OPTIONS | Fed | State |
|---|---|---|---|---|---|---|---|---|
| Type | Account | Amount | Type | Account | Amount | Marital Status | Single | Single |
| Checking | xxxxx8808 | $604.15 | | | | Exemptions | 0 | 0 |

| BENEFIT BALANCES | | | |
|---|---|---|---|
| | Beg | Earned | Ending |
| ESB | 331.80 | 0.00 | 331.80 |
| PTO | 104.44 | 0.00 | 104.44 |

**ST JOHNS HOSPITAL LEBANON**
MERCY PAYROLL SHARED SERVICES
645 MARYVILLE CENTRE DR STE 100
ST LOUIS MO  63141

**US BANK**
24-84/1230

Date 1/14/2011
Advice No. 11920475
DIRECT DEPOSIT ADVICE

PAY   *VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *******604.15

Void After 90 Days

TO THE
ORDER
OF

**BELINDA J O'DELL**
**22726 Green Hills Lane**
**Lebanon, MO  65536**

| St Johns Hospital Lebanon | Amount | $590.57 | | POS 1 | POS 2 | POS 3 | SUMMARY | | |
|---|---|---|---|---|---|---|---|---|---|
| BELINDA J O'DELL    000148311 | Number | 11955037 | JOB | 50052N | | | | Current | YTD |
| | Check Date | 01/28/11 | DEPT | 8231 | | | Gross Pay | 967.20 | 2,797.61 |
| | Pay Period 01/09/11-01/22/11 | | FTE | 1.00 | 0.00 | 0.00 | Pre-tax ded'ns | 90.17 | 214.87 |
| | | | BASE | 10.79 | 0.00 | 0.00 | Fed'l taxable | 877.03 | 2,582.74 |
| Sskdwfrte6 | | | | | | | Taxes | 207.83 | 721.60 |
| | | | | | | | After-tax ded'ns | 78.63 | 143.69 |
| | | | | | | | Net Pay | 590.57 | 1,717.45 |

### HOURS AND EARNINGS

| | POS 1 | | POS 2 | | POS 3 | | POS 4+ | | PAY PERIOD | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Hours | Earnings | Hours | Earnings | Hours | Earnings |
| Regular | 80.00 | 863.20 | | | | | | | 80.00 | 863.20 |
| Shift 2 | 80.00 | 104.00 | | | | | | | 80.00 | 104.00 |

### PRE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sup AD&D | 2.00 | 4.00 |
| Dental | 7.33 | 14.66 |
| Medical | 39.23 | 78.46 |
| MSP-401k Contrib | 38.69 | 111.91 |
| Vision | 2.92 | 5.84 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal W/H | 123.09 | 453.35 |
| Medicare EE | 13.28 | 39.07 |
| State MO | 33.00 | 116.00 |
| Soc Sec EE | 38.46 | 113.18 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Gift Shop | 11.25 | 21.25 |
| Meals | 8.15 | 16.13 |
| Pharmacy | 18.15 | 24.15 |
| Supp Life | 18.77 | 37.54 |
| Charitable Gift | 2.00 | 4.00 |
| 401K Loan | 20.31 | 40.62 |

### DIRECT DEPOSIT

| Type | Account | Amount | Type | Account | Amount |
|---|---|---|---|---|---|
| Checking | xxxxx8808 | $590.57 | | | |

### TAX OPTIONS

| | Fed | State |
|---|---|---|
| Marital Status | Single | Single |
| Exemptions | 0 | 0 |

### BENEFIT BALANCES

| | Beg | Earned | Ending |
|---|---|---|---|
| ESB | 334.27 | 2.47 | 336.74 |
| PTO | 113.37 | 8.93 | 122.30 |

---

**ST JOHNS HOSPITAL LEBANON**
MERCY PAYROLL SHARED SERVICES
645 MARYVILLE CENTRE DR STE 100
ST LOUIS MO 63141

**US BANK**
24-84/1230

Date  1/28/2011
Advice No.  11955037
DIRECT DEPOSIT ADVICE

PAY    *VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *******590.57

**Void After 90 Days**

TO THE
ORDER
OF

**BELINDA J O'DELL**
**22726 Green Hills Lane**
**Lebanon, MO  65536**

| St Johns Hospital Lebanon | Amount | $619.34 | POS 1 | POS 2 | POS 3 | SUMMARY | | |
|---|---|---|---|---|---|---|---|---|
| BELINDA J O'DELL   000148311 | Number | 11988496 | JOB | 50052N | | | Current | YTD |
| | Check Date | 02/11/11 | DEPT | 8231 | | Gross Pay | 967.20 | 3,764.81 |
| | Pay Period 01/23/11-02/05/11 | | FTE | 1.00 | 0.00 | 0.00 | Pre-tax ded'ns | 90.17 | 305.04 |
| | | | BASE | 10.79 | 0.00 | 0.00 | Fed'l taxable | 877.03 | 3,459.77 |
| Sskdwfrte6 | | | | | | Taxes | 207.83 | 929.43 |
| | | | | | | After-tax ded'ns | 49.86 | 193.55 |
| | HOURS AND EARNINGS | | | | | Net Pay | 619.34 | 2,336.79 |

| | POS 1 | | POS 2 | | POS 3 | | POS 4+ | | PAY PERIOD | | PRE-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Hours | Earnings | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 80.00 | 863.20 | | | | | | | 80.00 | 863.20 | Sup AD&D | 2.00 | 6.00 |
| Shift 2 | 80.00 | 104.00 | | | | | | | 80.00 | 104.00 | Dental | 7.33 | 21.99 |
| | | | | | | | | | | | Medical | 39.23 | 117.69 |
| | | | | | | | | | | | MSP-401k Contrib | 38.69 | 150.60 |
| | | | | | | | | | | | Vision | 2.92 | 8.76 |

| TAXES | | |
|---|---|---|
| Description | Current | YTD |
| Federal W/H | 123.09 | 576.44 |
| Medicare EE | 13.28 | 52.35 |
| State MO | 33.00 | 149.00 |
| Soc Sec EE | 38.46 | 151.64 |

| AFTER-TAX DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| Meals | 8.78 | 24.91 |
| Supp Life | 18.77 | 56.31 |
| Charitable Gift | 2.00 | 6.00 |
| 401K Loan | 20.31 | 60.93 |
| Gift Shop | | 21.25 |
| Pharmacy | | 24.15 |

| DIRECT DEPOSIT | | | | | | TAX OPTIONS | Fed | State |
|---|---|---|---|---|---|---|---|---|
| Type | Account | Amount | Type | Account | Amount | Marital Status | Single | Single |
| Checking | xxxxx8808 | $619.34 | | | | Exemptions | 0 | 0 |
| | | | | | | BENEFIT BALANCES | | |
| | | | | | | | Beg | Earned | Ending |
| | | | | | | ESB 336.74 | 2.47 | 339.21 |
| | | | | | | PTO 122.30 | 8.93 | 131.23 |

**ST JOHNS HOSPITAL LEBANON**
MERCY PAYROLL SHARED SERVICES
645 MARYVILLE CENTRE DR STE 100
ST LOUIS MO  63141

**US BANK**
24-84/1230

Date 2/11/2011
Advice No.  11988496
DIRECT DEPOSIT ADVICE

Advice Amount
$ *******619.34

PAY   *VOID VOID VOID VOID VOID VOID VOID VOID*

Void After 90 Days

TO THE
ORDER
OF

**BELINDA J O'DELL**
**22726 Green Hills Lane**
**Lebanon, MO  65536**

| St Johns Hospital Lebanon | | Amount | $600.36 | | POS 1 | POS 2 | POS 3 | | SUMMARY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BELINDA J O'DELL | 000148311 | Number | 12021659 | JOB | 50052N | | | | | Current | YTD |
| | | Check Date | 02/25/11 | DEPT | 8231 | | | | Gross Pay | 958.76 | 4,723.57 |
| | | Pay Period 02/06/11-02/19/11 | | FTE | 1.00 | 0.00 | 0.00 | | Pre-tax ded'ns | 89.83 | 394.87 |
| | | | | BASE | 10.79 | 0.00 | 0.00 | | Fed'l taxable | 868.93 | 4,328.70 |
| Sskdwfrte6 | | | | | | | | | Taxes | 206.14 | 1,135.57 |
| | | | | | | | | | After-tax ded'ns | 62.43 | 255.98 |
| | | HOURS AND EARNINGS | | | | | | | Net Pay | 600.36 | 2,937.15 |

| | POS 1 | | POS 2 | | POS 3 | | POS 4+ | | PAY PERIOD | | PRE-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Hours | Earnings | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 80.00 | 863.21 | | | | | | | 80.00 | 863.21 | Sup AD&D | 2.00 | 8.00 |
| Shift 2 | 73.50 | 95.55 | | | | | | | 73.50 | 95.55 | Dental | 7.33 | 29.32 |
| | | | | | | | | | | | Medical | 39.23 | 156.92 |
| | | | | | | | | | | | MSP-401k Contrib | 38.35 | 188.95 |
| | | | | | | | | | | | Vision | 2.92 | 11.68 |

| TAXES | | |
|---|---|---|
| Description | Current | YTD |
| Federal W/H | 121.88 | 698.32 |
| Medicare EE | 13.16 | 65.51 |
| State MO | 33.00 | 182.00 |
| Soc Sec EE | 38.10 | 189.74 |

| AFTER-TAX DEDUCTIONS | | |
|---|---|---|
| Description | Current | YTD |
| Meals | 11.35 | 36.26 |
| Pharmacy | 10.00 | 34.15 |
| Supp Life | 18.77 | 75.08 |
| Charitable Gift | 2.00 | 8.00 |
| 401K Loan | 20.31 | 81.24 |
| Gift Shop | | 21.25 |

| DIRECT DEPOSIT | | | | | | TAX OPTIONS | Fed | State |
|---|---|---|---|---|---|---|---|---|
| Type | Account | Amount | Type | Account | Amount | Marital Status | Single | Single |
| Checking | xxxxx8808 | $600.36 | | | | Exemptions | 0 | 0 |

| BENEFIT BALANCES | | | |
|---|---|---|---|
| | Beg | Earned | Ending |
| ESB | 339.21 | 2.47 | 341.68 |
| PTO | 131.23 | 8.93 | 140.16 |

**ST JOHNS HOSPITAL LEBANON**
MERCY PAYROLL SHARED SERVICES
645 MARYVILLE CENTRE DR STE 100
ST LOUIS MO  63141

**US BANK**
24-84/1230

Date 2/25/2011
Advice No. 12021659
DIRECT DEPOSIT ADVICE

PAY   *VOID VOID VOID VOID VOID VOID VOID VOID*

| Advice Amount |
|---|
| $ *******600.36 |

| TO THE ORDER OF | **BELINDA J O'DELL**<br>**22726 Green Hills Lane**<br>**Lebanon, MO  65536** |
|---|---|

Void After 90 Days

| St Johns Hospital Lebanon | | Amount | $613.19 | | POS 1 | POS 2 | POS 3 | | SUMMARY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BELINDA J O'DELL | 000148311 | Number | 12054927 | JOB | 50052N | | | | | Current | YTD |
| | | Check Date | 03/11/11 | DEPT | 8231 | | | | Gross Pay | 967.20 | 5,690.77 |
| | | Pay Period 02/20/11-03/05/11 | | FTE | 1.00 | 0.00 | 0.00 | | Pre-tax ded'ns | 90.17 | 485.04 |
| | | | | BASE | 10.79 | 0.00 | 0.00 | | Fed'l taxable | 877.03 | 5,205.73 |
| Sskdwfrte6 | | | | | | | | | Taxes | 207.82 | 1,343.39 |
| | | | | | | | | | After-tax ded'ns | 56.02 | 312.00 |
| **HOURS AND EARNINGS** | | | | | | | | | Net Pay | 613.19 | 3,550.34 |

| | POS 1 | | POS 2 | | POS 3 | | POS 4+ | | PAY PERIOD | | PRE-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Earnings | Hours | Earnings | Hours | Earnings | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 80.00 | 863.20 | | | | | | | 80.00 | 863.20 | Sup AD&D | 2.00 | 10.00 |
| Shift 2 | 80.00 | 104.00 | | | | | | | 80.00 | 104.00 | Dental | 7.33 | 36.65 |
| | | | | | | | | | | | Medical | 39.23 | 196.15 |
| | | | | | | | | | | | MSP-401k Contrib | 38.69 | 227.64 |
| | | | | | | | | | | | Vision | 2.92 | 14.60 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Federal W/H | 123.09 | 821.41 |
| Medicare EE | 13.27 | 78.78 |
| State MO | 33.00 | 215.00 |
| Soc Sec EE | 38.46 | 228.20 |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Gift Shop | 5.50 | 26.75 |
| Meals | 9.44 | 45.70 |
| Supp Life | 18.77 | 93.65 |
| Charitable Gift | 2.00 | 10.00 |
| 401K Loan | 20.31 | 101.55 |
| Pharmacy | | 34.15 |

| **DIRECT DEPOSIT** | | | | | | **TAX OPTIONS** | Fed | State |
|---|---|---|---|---|---|---|---|---|
| Type | Account | Amount | Type | Account | Amount | Marital Status | Single | Single |
| Checking | xxxxx8808 | $613.19 | | | | Exemptions | 0 | 0 |

| **BENEFIT BALANCES** | | | |
|---|---|---|---|
| | Beg | Earned | Ending |
| ESB | 341.68 | 2.47 | 344.15 |
| PTO | 140.16 | 8.93 | 149.09 |

ST JOHNS HOSPITAL LEBANON
MERCY PAYROLL SHARED SERVICES
645 MARYVILLE CENTRE DR STE 100
ST LOUIS MO 63141

US BANK
24-84/1230

Date 3/11/2011
Advice No. 12054927
DIRECT DEPOSIT ADVICE

PAY   *VOID VOID VOID VOID VOID VOID VOID VOID*

Advice Amount
$ *******613.19

Void After 90 Days

TO THE
ORDER
OF

BELINDA J O'DELL
22726 Green Hills Lane
Lebanon, MO 65536