B6F (Official Form 6F) (12/07)

In re **Belinda Jean O'Dell**  ,  Case No. **6:11-bk-60489**
           Debtor(s)                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> Allen & Rector, PC <br> PO Box 1700 <br> Lebanon MO 65536 | | Attorney fees | | | | $ 1,595.00 |
| Account No: 1094 <br> Creditor # : 2 <br> Direct Merchants Bank <br> P.O. Box 5241 <br> Carol Stream IL 60197-5241 | X | 8/98 <br> Credit Card Purchases | | | | $ 11,079.82 |
| Account No: 1094 <br> Representing: <br> Direct Merchants Bank | | NCO Management Services <br> P.O. Box 1099 <br> Langhorne PA 19047 | | | | |
| Account No: 1094 <br> Representing: <br> Direct Merchants Bank | | HSBC Bank <br> P.O. Box 5253 <br> Carol Stream IL 60197 | | | | |
| _2_ continuation sheets attached | | | | Subtotal $ | | $ 12,674.82 |
| | | | | Total $ <br> (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | | | |

B6F (Official Form 6F) (12/07) - Cont.

In re **Belinda Jean O'Dell**,      Case No. **6:11-bk-60489**
           Debtor(s)                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 3 <br> Dish Network <br> Dept. 0063 <br> Palatine IL 60055-0063 | | On credit report | | | | $ 79.00 |
| Account No: <br> Representing: <br> Dish Network | | The CBE Group <br> P.O. Box 900 <br> Waterloo IA 50704 | | | | |
| Account No: <br> Creditor # : 4 <br> Evans & Green <br> P.O. Box 10545 <br> Springfield MO 65808 | | Attorney in lawsuit <br> Mid Missouri Bank | | | | Unknown |
| Account No: 4075 <br> Creditor # : 5 <br> GEMB/J.C. Penney <br> P.O. Box 981402 <br> El Paso TX 79998 | | 2/05 <br> On credit report | | | | $ 514.00 |
| Account No: <br> Creditor # : 6 <br> Mid Missouri Bank <br> 1619 E. Independence <br> Springfield MO 65814 | X | Foreclosure of real estate | | | | $ 57,519.71 |
| Account No: 7420 <br> Creditor # : 7 <br> Sears/Citibank <br> P.O. Box 6275 <br> Sioux Falls SD 57117 | | 1995 <br> Credit Card Purchases | | | | $ 14,703.58 |

Sheet No. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 72,816.29

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Belinda Jean O'Dell**,                                     Case No. **6:11-bk-60489**
                    Debtor(s)                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 7420<br>Representing:<br>Sears/Citibank | | Associated Recovery Systems<br>P.O. Box 469046<br>Escondido CA 92046-9046 | | | | |
| Account No:<br>Creditor # : 8<br>Uder, Earl<br>25250 Dade Road<br>Lebanon MO 65536 | | Ex-spouse | | | | Unknown |
| Account No: 6035<br>Creditor # : 9<br>Wells Fargo Card Services<br>P.O. Box 10347<br>Des Moines IA 50306 | X | 8/98<br>Credit Card Purchases | | | | $ 14,700.65 |
| Account No: 6035<br>Representing:<br>Wells Fargo Card Services | | Focus Receivables<br>P.O. Box 725069<br>Atlanta GA 31139. | | | | |
| Account No: 6035<br>Representing:<br>Wells Fargo Card Services | | Wells Fargo<br>P.O. Box 5445<br>Portland OR 97208 | | | | |
| Account No: 3949<br>Creditor # : 10<br>WFNNB/Dress Barn<br>P.O. Box 182789<br>Columbus OH 43218-2789 | | 7/00<br>On credit report | | | | $ 454.00 |

Sheet No. **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $   **$ 15,154.65**

Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related   **$ 100,645.76**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

IN RE: *Belinda O'Dell*              CASE NO. *11-60489*

Debtor(s)

### VERIFICATION

The following pages have been amended:

*Schedule F & Matrix*

### UNSWORN DECLARATION UNDER PENALTY OR PERJURY
### OF INDIVIDUAL(S) TO SCHEDULES

Declare(s) under penalty that the foregoing schedules have been read by the Debtor(s) and that the schedules are true and correct to the best of Debtor(s)' knowledge, information and belief.

Dated: *4/20/11*                    X_____
                                     DEBTOR

                                     _____
                                     DEBTOR